UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUANA GUERRERO,

    Plaintiff,

v.                                       Case No: 8:20-cv-263-KKM-LSG

BP EXPLORATION & PRODUCTION INC.
and BP AMERICA PRODUCTION COMPANY,

    Defendants.
_____

## ORDER

The United States Magistrate Judge recommends granting in part and denying in part the defendants' motion to tax costs and directing the Clerk to tax costs in the amount of $23,845.70. (Doc. 228). The deadline to object to the Magistrate Judge's Report and Recommendation has passed without any party lodging an objection. Considering the record, the Court adopts the Report and Recommendation.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir.

1

1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, I adopt the Report and Recommendation. Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 228) is **ADOPTED** and made a part of this Order for all purposes.

2. The Defendants' Motion to Tax Costs (Doc. 224) is **GRANTED in part and DENIED in part**.

3. The Clerk is directed to enter for the defendants and against the plaintiff a judgment for costs of $23,845.70.

**ORDERED** in Tampa, Florida, on January 7, 2025.

Kathryn Kimball Mizelle
United States District Judge